FILED ____ LODGED
____ RECEIVED

JUL 23 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOURNE INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHET STOLER, and<br>SOUTH SEAS TRADING COMPANY<br><br>Defendants. | No.  C06-5680RJB<br><br>STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR DISCOVERY |

## STIPULATION

The parties hereby stipulate to entry of the subjoined order without further notice of entry to any party.

SO AGREED this 10th day of July, 2007.

RYLANDER & ASSOCIATES, P.C.

s/ Kurt M. Rylander
Kurt M. Rylander, WSBA #27819
Of Attorneys for Plaintiff

HEURLIN, POTTER, JAHN,
LEATHAM & HOLTMANN, P.S.

Stephen G. Leatham, WSBA #15572
Of Attorneys for Defendants

STIPULATION AND PROPOSED ORDER
EXTENDING DEADLINE FOR DISCOVERY (C06-5680RJB)

Page 1



RYLANDER
& ASSOCIATES PC
406 West 13th Street
Vancouver, WA 98660
(360) 750-9931

## ORDER

THIS MATTER having come on regularly for hearing before the above-entitled Court upon the stipulation of counsel herein for extension of the deadline for discovery, and the Court having considered the stipulation of the parties and reviewed the files and records herein, and being fully advised in the premises, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for completion of discovery shall be extended as follows:

Deadline for completion of discovery:     August 31, 2007

DONE IN OPEN COURT this 21 day of July, 2007.

_____
HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander
KURT M. RYLANDER, WSBA 27819
E-mail: rylander@pacifier.com
Of Attorneys for Bourne International, Inc.

Approved as to form and notice of presentation
waived this ___ day of _____, 2007.

HEURLIN, POTTER, JAHN,
LEATHAM & HOLTMANN, P.S.

_____
STEPHEN G. LEATHAM, WSBA #15572
E-mail: sgl@hpl-law.com.
Of Attorneys for Defendants

STIPULATION AND PROPOSED ORDER     Page 2
EXTENDING DEADLINE FOR DISCOVERY (C06-
5680RJB)

