UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOURNE INTERNATIONAL, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHET STOLER, and<br>SOUTH SEAS TRADING COMPANY,<br><br>　　　　　Defendant. | CASE NO. C06-5680RJB<br><br>ORDER DENYING SECOND STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR DISCOVERY |

This matter comes before the Court on the parties' Second Stipulation and Proposed Order Extending Deadline for Discovery. Dkt. 27.

## I. PROCEDURAL BACKGROUND

On March 6, 2007, the Court issued Minute Order Setting Trial, Pretrial Dates and Ordering Mediation. Dkt. 10. In that order, the Court set many relevant dates, including the following:

Discovery completed by 8/12/2007;

Dispositive motions due by 9/11/2007;

Settlement conference to be held by 10/11/2007; and,

39.1 mediation to be completed by 11/10/2007.

ORDER
Page 1

1  *Id*. On July 13, 2007, the Court granted the parties first stipulated motion to extend the
2  completion date for discovery to August 31, 2007. Dkt. 25. On August 24, 2007, the parties
3  filed a second stipulated motion to extend discovery to October 31, 2007. Dkt. 27.
4
5  ## II. DISCUSSION
6      The parties filed the second motion to extend the discovery completion deadline without
7  reason or explanation. *See* Dkt. 27. Further, the parties have moved the Court to extend the
8  discovery completion deadline past other important pretrial deadlines. *Id*. The Court should not,
9  without reason, extend the date to complete discovery past other important pretrial deadlines.
10 The parties may do further discovery by stipulation of counsel, but the court will not sanction
11 such further discovery.
12
13 ## III. ORDER
14     Therefore, it is hereby
15     **ORDERED** that Second Stipulation and Proposed Order Extending Deadline for
16 Discovery (Dkt. 27) is **DENIED** without prejudice.
17     The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel
18 of record and to any party appearing *pro se* at said party's last known address.
19     DATED this 29th day of August, 2007.
20
21
22  ROBERT J. BRYAN
    United States District Judge
23
24
25
26
27
28

ORDER
Page 2